

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8029

February 25, 2022

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *DCCC v. Kosinski et al.*, SDNY No. 22 CV 1029 (RA)

Dear Judge Abrams:

This Office represents Defendants Peter S. Kosinski, Douglas A. Kellner, Andrew J. Spano, Anthony J. Casale, Todd D. Valentine and Kristen Zebrowski-Stavisky (collectively, "Defendants"), all sued in their capacities as officials of the New York State Board of Elections ("SBOE"), in the above-referenced action. The time for Defendants to answer or otherwise respond to the Complaint is currently March 1, 2022. I write to respectfully request an extension of time for Defendants to respond to the Complaint until April 1, 2022.

An extension of time is necessary because a request for representation has only recently been received by my Office, and I will need additional time to confer with the six named Defendants and to investigate and draft an appropriate response to the allegations raised in the 44-page complaint.

I contacted Plaintiff's counsel to request their consent. Counsel consents to this request with the limitation that this extension does not apply to any other existing or future deadlines in this case. This is Defendants' first request for an extension of time to respond to the Complaint.

Thank you for your Honor's consideration of this matter.

Application granted.
SO ORDERED.

Respectfully submitted,

 /s/ *Seth J. Farber*
Seth J. Farber
Special Litigation Counsel

_____
Hon. Ronnie Abrams
February 28, 2022

cc: All Counsel of Record (By ECF)