AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| DCCC, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-CV-1029 (RA) |
| Peter S. Kosinski, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DCCC.

Date: 05/17/2022

/s/ Daniela Lorenzo
*Attorney's signature*

Daniela Lorenzo, NY Bar No. 5780457
*Printed name and bar number*

10 G Street NE, Suite 600
Washington, DC 20002

*Address*

dlorenzo@elias.law
*E-mail address*

(202) 987-5400
*Telephone number*

(202) 968-4498
*FAX number*