UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DCCC,<br><br>                Plaintiff,<br><br>     v.<br><br>PETER S. KOSINSKI, in his official capacity as Co-Chair of the State Board of Elections; DOUGLAS A. KELLNER, in his official capacity as Co-Chair of the State Board of Elections; ANDREW J. SPANO, in his official capacity as Commissioner of the State Board of Elections; ANTHONY J. CASALE, in his official capacity as Commissioner of the State Board of Elections; TODD D. VALENTINE, in his official capacity as Co-Executive Director of the State Board of Elections; and KRISTEN ZEBROWSKI-STAVISKY, in her official capacity as Co-Executive Director of the State Board of Elections,<br><br>                Defendants,<br>and<br><br>REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, and NEW YORK REPUBLICAN STATE COMMITTEE,<br>                Intervenor-Defendants. | No. 1:22-cv-01029 (RA) |

---

## PLAINTIFF DCCC'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

     **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support

of a Motion for Preliminary Injunction, dated May 27, 2022, and all exhibits attached thereto,

Plaintiff DCCC moves this Court, before the Honorable Ronnie Abrams, at the United States

Courthouse, 40 Foley Square, New York, NY, for an Order granting Plaintiff a preliminary

injunction.

1

Plaintiff specifically seeks an order requiring Defendants to: (1) direct the local boards of elections to (a) refrain from enforcing practices or policies that require the rejection of absentee ballots timely submitted to an official poll place location outside of the voter's county of registration; (b) implement policies, regulations, guidance and procedures by which county election officials must canvas and count those ballots cast when a voter appears in the correct county and a polling place that includes their correct assembly district, even if the voter casts their ballot at a polling place for which they are not assigned; (c) count absentee ballots submitted in envelopes that the United States Postal Service fails to postmark or, in the alternative, give voters who submit such ballots the same notice and pre-rejection opportunity to cure as other technical deficiencies currently deemed curable; (d) implement procedures by which eligible voters who submit absentee ballots that are rejected for any reason that could be cured but that is not currently defined as "curable" under state law be given the same notice and pre-rejection opportunity to cure their ballots presently available to voters who submit ballots with technical defects that are currently designated "curable"; and (2) implement mandatory guidance and training for local boards of elections to ensure that the canvass of absentee and affidavit ballots under N.Y. Elec. Law § 9-209 is conducted consistent with federal law and any orders of this Court; and (3) for such other and further relief as the Court deems just and proper.

Plaintiff understands from counsel for the Defendants that to the extent that relief consists of certain instructions or directives to County Boards of Election that do not require extensive technical changes, such directives could be issued and implemented within thirty days, but relief involving technical changes may take longer. Accordingly, Plaintiff seeks preliminary relief on or before July 13, 2022.

This motion is brought pursuant to Federal Rules of Civil Procedure Rule 65, the First and Fourteenth Amendments to the U.S. Constitution, and 52 U.S.C. § 10101.

Dated: May 27, 2022

Respectfully submitted,

*/s/ Aria C. Branch*
Marc E. Elias*
Aria C. Branch
Haley Costello Essig**
Joshua L. Harris*
Graham White*
Spencer McCandless*
Daniela Lorenzo
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, DC 20002
Phone: (202) 968-4513
Facsimile: (202) 968-4498
melias@elias.law
abranch@elias.law
hessig@elias.law
jharris@elias.law
gwhite@elias.law
smccandless@elias.law
dlorenzo@elias.law

Andrew G. Celli, Jr.
Nairuby L. Beckles
**EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP**
600 Fifth Avenue, 10th Floor
New York, New York 10020

*Counsel for Plaintiff DCCC*

*Admitted Pro Hac Vice*
** *Pro Hac Vice Forthcoming*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 27, 2022, I filed the foregoing with the Clerk of Court through

the ECF filing system which will serve a copy of same on all counsel of record.


<u>*/s/ Aria C. Branch*</u>

Aria C. Branch