

10 G Street NE, Suite 600 | Washington, DC 20002

July 29, 2022

ARIA C. BRANCH
abranch@elias.law
D. 202-968-4518

**VIA ECF**

The Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: ***DCCC v. Kosinski, et al.***, Civil Action No.: 22-cv-1029 (RA)

Dear Judge Abrams:

Counsel for Plaintiff DCCC; Defendants Peter S. Kosinski, in his official capacity as Co-Chair of the State Board of Elections; Douglas A. Kellner, in his official capacity as Co-Chair of the State Board of Elections; Andrew J. Spano, in his official capacity as Commissioner of the State Board of Elections; Anthony J. Casale, in his official capacity as Commissioner of the State Board of Elections; Todd D. Valentine, in his official capacity as Co-Executive Director of the State Board of Elections; and Kristen Zebrowski Stavisky, in her official capacity as Co-Executive Director of the State Board of Elections ("State Defendants"); and Intervenor-Defendants Republican National Committee; National Republican Congressional Committee; and New York Republican State Committee ("Intervenor-Defendants"; collectively with State Defendants, "Defendants"; and collectively with State Defendants and Plaintiff DCCC, the "Parties"), in the above-referenced action jointly submit this letter pursuant to the Case Management and Scheduling Order (ECF 69).

**Case Status**

As of this filing and since the Court's ruling on Plaintiff's Motion for Preliminary Injunction (ECF 104), the Parties have completed fact discovery, including the exchange of requests for production of documents and interrogatories and produced documents in response to those requests. In addition to the exchange of discovery responses and document productions, Plaintiff deposed a representative of the State Defendants on July 27, 2022. Counsel for all Parties participated in that deposition. Defendants intend to depose Plaintiff's expert on August 8, 2022. No other depositions are pending.

**Dispositive Motions**

At this time, Plaintiff does not intend to file a dispositive motion. State Defendants do intend to file a dispositive motion. Intervenor-Defendants do intend to file a dispositive motion.

## Settlement

Despite their good-faith, best efforts, the Parties have been unable to reach a settlement in this case.

Respectfully submitted,

| | |
|---|---|
| /s/ Aria C. Branch | /s/ Seth J. Farber |
| Marc E. Elias* | Letitia James |
| Aria C. Branch* | Attorney General for the State of New York |
| David R. Fox* | |
| Joshua L. Harris* | Seth J. Farber |
| Daniela Lorenzo | Special Litigation Counsel |
| **ELIAS LAW GROUP LLP** | 28 Liberty Street |
| 10 G Street NE, Suite 600 | New York, New York 10005 |
| Washington, DC 20002 | |
| Tel: (202) 968 – 4513 | *Counsel for Defendants* |
| Fax: (202) 968- 4498 | |
| melias@elias.law | /s/ Cameron T. Norris |
| abranch@elias.law | Paul DerOhannesian II (PD0523) |
| dfox@elias.law | **DEROHANNESIAN &** |
| jharris@elias.law | **DEROHANNESIAN** |
| dlorenzo@elias.law | 159 Wolf Road, Suite 305 Albany, NY 12207 |
| | (518) 465-6420 |
| Andrew G. Celli, Jr. | Fax: (518) 427-0614 |
| Nairuby L. Beckles | paul@derolaw.com |
| **EMERY CELLI BRINCKERHOFF** | |
| **ABADY WARD & MAAZEL LLP** | Tyler Green* |
| 600 Fifth Avenue, 10th Floor | Cameron T. Norris* |
| New York, New York 10020 | James P. McGlone* |
| | **CONSOVOY MCCARTHY PLLC** |
| *Counsel for Plaintiff* | 1600 Wilson Blvd., Ste. 700 |
| | Arlington, VA 22201 (703) 243-9423 |
| *Admitted Pro Hac Vice* | tyler@consovoymccarthy.com |
| | cam@consovoymccarthy.com |
| | jim@consovoymccarthy.com |
| | |
| | *Counsel for Intervenor-Defendants* |