

August 4, 2022

ARIA C. BRANCH
abranch@elias.law
D. 202-968-4518

**VIA ECF**

The Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *DCCC v. Kosinski, et al*., Civil Action No.: 22-cv-1029 (RA)**

Dear Judge Abrams:

      In advance of the status conference scheduled for 4:00 pm tomorrow, counsel for all Parties in the above-referenced action hereby jointly move the Court to stay all further proceedings in this case, including expert discovery, until after the November 8, 2022 general election. Such a stay will solidify the procedures applicable to the upcoming elections, including those required by the Court's July 13 Order, and allow the Board and the other Parties to focus on the election.

      If the Court grants this motion, the Parties will file a status report after the November election proposing a schedule for further proceedings.

Respectfully submitted,

/s/ Aria C. Branch
Marc E. Elias*
Aria C. Branch*
David R. Fox*
Joshua L. Harris*
Daniela Lorenzo
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, DC 20002
Tel: (202) 968 – 4513
Fax: (202) 968- 4498
melias@elias.law
abranch@elias.law
dfox@elias.law
jharris@elias.law
dlorenzo@elias.law

/s/ Seth J. Farber

Letitia James
Attorney General for the State of New York

Seth J. Farber
Special Litigation Counsel
28 Liberty Street
New York, New York 10005

*Counsel for Defendants*

Andrew G. Celli, Jr.
Nairuby L. Beckles
**EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP**
600 Fifth Avenue, 10th Floor
New York, New York 10020

*Counsel for Plaintiff*

*\*Admitted Pro Hac Vice*

/s/ Tyler Green
Paul DerOhannesian II (PD0523)
**DEROHANNESIAN & DEROHANNESIAN**
159 Wolf Road, Suite 305 Albany, NY 12207
(518) 465-6420
Fax: (518) 427-0614
paul@derolaw.com

Tyler Green\*
Cameron T. Norris\*
James P. McGlone\*
**CONSOVOY MCCARTHY PLLC**
1600 Wilson Blvd., Ste. 700
Arlington, VA 22201 (703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
jim@consovoymccarthy.com

*Counsel for Intervenor-Defendants*