

November 14, 2022

**VIA ECF**

ARIA C. BRANCH
abranch@elias.law
D. 202-968-4518

The Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      **Re: *DCCC v. Kosinski, et al.*, Civil Action No.: 22-cv-1029 (RA)**

Dear Judge Abrams:

      Plaintiff DCCC requests a two-week extension of the stay of this case and of the deadline to submit a joint status letter proposing next steps pursuant to the Court's August 5 Order, ECF No. 107. Plaintiff needs additional time to assess the events of the recent election and to determine the need for additional relief in this case. If this extension is granted, the new deadline will be November 29, 2022. This is Plaintiff's first request for an extension of the deadline in the Court's August 5 Order.

      Plaintiff has conferred with Defendants and Intervenor-Defendants, and they do not object to Plaintiff's request.

      Respectfully submitted,

| | |
|---|---|
| /s/ *Aria C. Branch* | |
| Marc E. Elias* | Andrew G. Celli, Jr. |
| Aria C. Branch* | Nairuby L. Beckles |
| David R. Fox* | **EMERY CELLI BRINCKERHOFF** |
| Daniela Lorenzo | **ABADY WARD & MAAZEL LLP** |
| **ELIAS LAW GROUP LLP** | 600 Fifth Avenue, 10th Floor |
| 10 G Street NE, Suite 600 | New York, New York 10020 |
| Washington, DC 20002 | |

      *Counsel for Plaintiff*

      **Admitted Pro Hac Vice*

cc:    All counsel of record (by ECF)