

November 29, 2022

**VIA ECF**

ARIA C. BRANCH
abranch@elias.law
D. 202-968-4518

The Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      **Re: *DCCC v. Kosinski, et al.*, Civil Action No.: 22-cv-1029 (RA)**

Dear Judge Abrams:

      The parties submit this joint status letter pursuant to the Court's August 5 and November 15 Orders, ECF Nos. 107 and 115.

      The parties are discussing the possibility of settlement but need additional time to complete those discussions. The parties therefore respectfully request that this case remain stayed, and that the Court order the submission of a joint status letter on or before January 9, 2023.

      Respectfully submitted,

/s/ *Aria C. Branch*
Marc E. Elias*
Aria C. Branch*
David R. Fox*
Daniela Lorenzo
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, DC 20002

Andrew G. Celli, Jr.
Nairuby L. Beckles
**EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP**
600 Fifth Avenue, 10th Floor
New York, New York 10020

*Counsel for Plaintiff*

/s/ *Seth J. Farber*
Letitia James
Attorney General for the State of New York

Seth J. Farber
Special Litigation Counsel
28 Liberty Street
New York, New York 10005

*Counsel for Defendants*

/s/ Cameron T. Norris
Paul DerOhannesian II (PD0523)
**DEROHANNESIAN & DEROHANNESIAN**
159 Wolf Road, Suite 305 Albany, NY 12207
(518) 465-6420
Fax: (518) 427-0614
paul@derolaw.com

Tyler Green*
Cameron T. Norris*
James P. McGlone*
**CONSOVOY MCCARTHY PLLC**
1600 Wilson Blvd., Ste. 700
Arlington, VA 22201 (703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
jim@consovoymccarthy.com

*Counsel for Intervenor-Defendants*

*\*Admitted Pro Hac Vice*