UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DCCC,<br>    Plaintiff,<br> v.<br>PETER S. KOSINSKI, et al.,<br>    Defendants,<br>and<br>REPUBLICAN NATIONAL COMMITTEE, et al.,<br>    Intervenor-Defendants. | No. 1:22-cv-01029 (RA) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between all parties that the above-captioned action is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Irrespective of this dismissal, the Court's preliminary injunction applied only to the August 2022 primary election and the November 2022 general election and is no longer in force. ECF No. 104 at 59. The parties shall bear their own fees and costs.

1

/s/ Marc E. Elias

Marc E. Elias*
Aria C. Branch*
David R. Fox*
Daniela Lorenzo
**ELIAS LAW GROUP LLP**
250 Mass. Ave NW Ste. 400
Washington, DC 20001

Andrew G. Celli, Jr.
Nairuby L. Beckles
**EMERY CELLI BRINCKERHOFF**
**ABADY WARD & MAAZEL LLP**
600 Fifth Avenue, 10th Floor
New York, New York 10020

*Counsel for Plaintiff*


*Admitted Pro Hac Vice

LETITIA JAMES
Attorney General
State of New York

By: /s/ Seth J. Farber
    Seth J. Farber
Special Litigation Counsel
28 Liberty Street
New York, New York 10005
(212) 416-8029
Seth.Farber@ag.ny.gov

*Counsel for Defendants*

_[signature]_
Paul DerOhannesian II (PD0523)
**DEROHANNESIAN &
DEROHANNESIAN**
159 Wolf Road, Suite 305 Albany, NY
12207
(518) 465-6420
Fax: (518) 427-0614
paul@derolaw.com

Tyler Green*
Cameron T. Norris*
James P. McGlone*
**CONSOVOY MCCARTHY PLLC**
1600 Wilson Blvd., Ste. 700
Arlington, VA 22201 (703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
jim@consovoymccarthy.com

*Counsel for Intervenor-Defendants*

*Admitted Pro Hac Vice*

                                 SO ORDERED.

                                 _[signature]_
                                 Hon. Ronnie Abrams
                                 3/2/2023